## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Janice Denito Branagh,                                       :
                                    Petitioner                :
                                                                   :
                          v.                                       :                    No. 1857 C.D. 2019
                                                                   :
Pennsylvania Public Utility                                :
Commission,                                                   :
                                    Respondent            :

**PER CURIAM**                                     **O R D E R**

NOW, August 17, 2023, upon consideration of Petitioner's application for reconsideration and Intervenor's answer in response thereto, the application is DENIED.